

# Fourth Court of Appeals
## San Antonio, Texas

May 4, 2022

No. 04-22-00060-CV

Christie Lynn **TERRELL**,
Appellant

v.

Rashin **MAZAHERI**,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-CI-06326
Honorable Sid L. Harle, Judge Presiding

# O R D E R

In this accelerated appeal, appellee's brief was due on April 27, 2022. On April 28, 2022, appellee's counsel filed an unopposed motion asking for a thirty-day extension of time in which to file the brief. Counsel for appellee states the need for the extension is due to "multiple calendar conflicts that arise due to events in preparation for jury trials . . . as well as the necessity to attend to events essential to prior jury trial settings which are the subject of pending settlements."

The motion is GRANTED, and appellee is ORDERED to file his brief **no later than May 27, 2022**.

**No further extensions of time will be granted absent extraordinary circumstances. Appellee is advised that counsel's heavy case load or demanding work schedule is not an extraordinary circumstance warranting further requests for an extension of time.**

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of May, 2022.



Michael A. Cruz,
Clerk of Court